# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2013

## NO. 03-12-00373-CV

**Texas Department of Family and Protective Services, Appellant**

**v.**

**James Wallace, Appellee**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY CHIEF JUSTICE JONES

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's order on the plea to the jurisdiction: **IT IS THEREFORE** considered, adjudged and ordered that the trial court's order denying the Texas Department of Family and Protective Services' plea to the jurisdiction is vacated. We render judgment granting the Texas Department of Family and Protective Services' plea to the jurisdiction and dismiss this cause for want of subject-matter jurisdiction. It is **FURTHER** ordered that the appellee pay all costs relating to this appeal, both in this Court and the court below; and that this decision with a copy of the opinion herein delivered be certified below for observance.